UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RICARDO FLOREZ and ELIZABETH PAGANO, ) ) Plaintiffs, ) ) v. ) ) FREEDOM MORTGAGE CORPORATION, ) ) Defendant. ) ) | **JUDGMENT** 5:18-CV-22-BO |

**Decision by Court.**
This matter is before the Court on defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss [DE 29] is GRANTED.

**This judgment filed and entered on August 20, 2018, and served on:**
Aaron Hemmings (via CM/ECF Notice of Electronic Filing)
Joseph Aughtman (via CM/ECF Notice of Electronic Filing)
Kenneth Grunfeld (via CM/ECF Notice of Electronic Filing)
Charles Raynal, IV (via CM/ECF Notice of Electronic Filing)
Katie Garayoa (via CM/ECF Notice of Electronic Filing)
Scott Bayzle (via CM/ECF Notice of Electronic Filing)

PETER A, MOORE, JR., CLERK

August 20, 2018

 /s/Lindsay Stouch
By: Deputy Clerk